**Opinion issued November 17, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00159-CV

———————————

**TRISTAN THOMPSON, Appellant**

**V.**

**MARALEE NICHOLS, Appellee**

---

**On Appeal from the 507th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-43397**

---

## MEMORANDUM OPINION

On March 1, 2022, appellant, Tristan Thompson, filed a notice of appeal from the trial court's December 16, 2021 "Order Granting Dismissal." On October 14, 2022, appellant filed an "Unopposed Motion to Dismiss Appeal Pursuant to Settlement." In the motion, appellant states that the "parties have reached a

settlement agreement disposing of the subject of th[e] appeal," and pursuant to that agreement, appellant requests that "the Court dismiss this appeal." *See* TEX. R. APP. P. 42.1(a)(1). Appellant's motion further requests that "each party be ordered to pay their own costs on appeal" and that the mandate be immediately issued. Appellant's motion includes a certificate of conference stating that appellee, Maralee Nichols, is not opposed to the relief sought in appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We direct the Clerk of this Court that costs are to be taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(d). We further direct the Clerk of this Court to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.